IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLTON G. SUTTON and | ) | |
| SUTTON CONSTRUCTION & | ) | |
| DRYWALL SERVICES, INC., | ) | |
| a corporation, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:07cv497-MHT |
| | ) | |
| AMERICAN BANKING COMPANY, | ) | |
| d/b/a Ameris Bank, a | ) | |
| corporation, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 1) is set for submission, without oral argument, on July 9, 2007, with all briefs due by said date.

DONE, this the 8th day of June, 2007.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE