IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CARLTON G. SUTTON, <br> SUTTON CONSTRUCTION & <br> DRYWALL SERVICES, INC., <br>     Plaintiffs, <br> v. <br> AMERIS BANKING COMPANY d/b/a <br> AMERIS BANK, MARVIN DANZEY, <br> HARRIS O. PITTMAN, III, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:07cv497-MHT-TFM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 00-3047:

The following entities are hereby reported:

Ameris Bancorp
Ameris Sub Holding Co.
Ameris Statutory Trust I
First National Banc Statutory Trust


**June 22, 2007**        /s/ Douglas N. Robertson
Date                     Counsel for Ameris Bank
                         3800 Colonnade Parkway, Suite 545
                         Birmingham, Alabama  35243

**CERTIFICATE OF SERVICE**

      I certify that on the 22nd day of June 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following

Leah Taylor, Esq.
Ted Taylor, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, Alabama  35205-4002

Will Lee, Esq.
Bill Lee, Esq.
Lee & McInish, P.C.
P.O. Box 1665
Dothan, Alabama  36302

                                        **/s/ Douglas N. Robertson**
                                        Of Counsel