IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLTON G. SUTTON and SUTTON CONSTRUCTION & DRYWALL SERVICES, INC., a corporation, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| vs. | § § | 1:07cv497-MHT |
| AMERICAN BANKING COMPANY d/b/a Ameris Bank, a corporation; MARVIN DANZEY; and HARRIS O. PITTMAN, III, et al., | § § § § § § § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION TO STAY RULE 26(F) CONFERENCING & REPORT DEADLINE AND RULING ON DISPOSITIVE MOTIONS**

COME NOW the Plaintiffs, Carlton G. Sutton and Sutton Construction & Drywall Services, Inc., and without waiving any objections that they has raised to this Court's jurisdiction over the case, move this Honorable Court to stay the Rule 26(f) conferencing and report deadlines and ruling on dispositive motions in this case. As a basis for said motion, Plaintiffs state as follows:

1. This case was removed from the Circuit Court of Houston County, Alabama, by Defendants. Defendants alleged the removal based on the grounds of diversity jurisdiction.

2. Plaintiffs have objected to Defendants' assertions and filed a motion to remand this case back to state court where it was originally filed.

3. Proceeding with Rule 26(f) conferencing deadlines and ruling on the motion to dismiss before this Court has had a chance to rule on the jurisdictional question does not promote the conservation of judicial resources.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs move this Court to enter an order staying the Rule 26(f) conferencing and report deadlines and ruling on dispositive motions pending a decision regarding Plaintiffs' motion to remand the case to the Circuit Court of Houston County, Alabama.

/s/ Leah O. Taylor
LEAH O. TAYLOR

Attorney for Plaintiffs

OF COUNSEL:

TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, Alabama 35205
(205) 558-2800 (phone)
lotaylor@taylorlawyers.com (e-mail)

William L. Lee, III
William L. Lee, IV
LEE & MCINISH
Post Office Box 1665
Dothan, Alabama 36302
(334) 792-4156 (phone)
wlee3@leeandmcinish.com (e-mail)
wl334@leeandmcinish.com (e-mail)

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed this Motion so that service will be sent by the ECMF System via electronic mail to the following on this the ____ day of June, 2007:

Douglas N. Robertson, Esq.
Gray & Associates LLC
douglasnrobertson@gmail.com

William P. Gray, Jr., Esq.
Gray & Associates LLC
wgratty@aol.com


                                      /s/ Leah O. Taylor
                                      LEAH O. TAYLOR