IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CARLTON G. SUTTON and         )
SUTTON CONSTRUCTION &         )
DRYWALL SERVICES, INC.,       )
a corporation,                )
                              )
    Plaintiffs,               )
                              )       CIVIL ACTION NO.
    v.                        )        1:07cv497-MHT
                              )
AMERICAN BANKING COMPANY,     )
d/b/a Ameris Bank, a          )
corporation, et al.,          )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to stay (Doc. No. 7) is denied.

DONE, this the 9th day of July, 2007.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE