IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CARLTON G. SUTTON and         )
SUTTON CONSTRUCTION &         )
DRYWALL SERVICES, INC.,       )
a corporation,                )
                              )
     Plaintiffs,              )
                              )         CIVIL ACTION NO.
     v.                       )          1:07cv497-MHT
                              )
AMERICAN BANKING COMPANY,     )
d/b/a Ameris Bank, a          )
corporation, et al.,          )
                              )
     Defendants.              )
```

ORDER

It is ORDERED that the motion to remand (Doc. No. 6) is set for submission, without oral argument, on July 13, 2007, with all briefs due by said date.

DONE, this the 9th day of July, 2007.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE