IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLTON G. SUTTON and<br>SUTTON CONSTRUCTION &<br>DRYWALL SERVICES, INC.,<br>a corporation, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| vs. | § § | 1:07cv497-MHT |
| AMERICAN BANKING COMPANY<br>d/b/a Ameris Bank, a<br>corporation; MARVIN DANZEY;<br>and HARRIS O. PITTMAN, III,<br>et al., | § § § § § § | |
| Defendants. | § | |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P.26(f), a meeting was held on July 9, 2007 via telephone conference and was attended by:

   Leah O. Taylor for Plaintiffs
   William P. Gray, Jr. for Defendants

2.  Pre Discovery Disclosures. The Parties will exchange the information required by Fed.R.Civ.P.26(a)(1) by August 24, 2007.

3.  Discovery Plan. The parties propose to the Court the following discovery plan:

   Discovery will be needed by Plaintiffs regarding the allegations in their Complaint and defenses asserted in response. Defendant are expected to conduct discovery on the factual bases of Plaintiffs' allegations in the Complaint.

   All discovery shall commence in time to be completed by May 2, 2008.

   Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

   Maximum of 30 requests for admission by each party to another party. Responses due 30 days after service.

    Maximum of 40 requests for production by each party to another party. Responses due 30 days after service.

    Maximum of 10 depositions by Plaintiffs and 10 by Defendants.

    Each deposition limited to maximum of 8 hours unless extended by agreement of parties.

    Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiffs by February 20, 2008
        from Defendants by April 2, 2008

    Supplementations under Rule 26(e) due April 2, 2008.

    4.    Other Items.

    The parties do not request a conference with the court before entry of the scheduling order.

    The parties request a pretrial conference in June 2008.

    Parties should be allowed until November 16, 2007 to join additional parties and to amend the pleadings.

    Dispositive motions should be filed by May 16, 2008.

    The parties have discussed the feasibility of settlement and have agreed that settlement cannot be evaluated prior to completion of initial discovery and depositions.

    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from parties on the date of the pretrial hearing.

    Parties should have 10 days after receipt of final lists of witnesses and exhibits to list objections under Rule 27(a)(3).

    This case should be ready for trial by September 2008, and at this time is expected to take 5 days.

Dated: July 9, 2007

```
                                        Respectfully submitted,

                                        /s Leah O. Taylor                
OF COUNSEL:
TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, AL 35205
lotaylor@taylorlawyers.com
(205) 558-2800
Facsimile: (205) 558-2860


                                        /s William P. Gray               
Gray & Associates LLC
wgratty@aol.com
douglasnrobertson@gmail.com
```